UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-CV-00804-FDW-DSC

| | |
|---|---|
| MARIE WATKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| CLX SYSTEMS / WESTWOOD ) | |
| MANAGEMENT, INC., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court sua sponte. On January 16, 2013, the parties filed a Notice of Settlement in this case stating that they expected to file a notice of withdrawal of Complaint and voluntary dismissal within 60 days. However, at that time, the parties were given notice that an agreement for entry of judgment or a stipulation of dismissal was required to be filed with the Court within 30 days, or the Court would dismiss the case without prejudice. Over 30 days have passed since that time, and the parties have not filed an agreement for entry of judgment or a stipulation of dismissal as the Court required. Accordingly, if the parties do not file an agreement for entry of judgment or a stipulation of dismissal within 7 days, this case will be dismissed.

IT IS SO ORDERED.

Signed: February 25, 2013

Frank D. Whitney
United States District Judge